In the Matter of the Estate of CATHERINE M. LOCKWOOD, an Incompetent Person.

RAYMOND D. FULLER, Appellant; WILLIAM P. LOCKWOOD et al., as Administrators of CATHERINE M. LOCKWOOD, Deceased, Respondents.

*Matter of Lockwood,* 172 App. Div. 933, affirmed.
(Submitted April 19, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 5, 1916, which affirmed an order of Special Term settling and surcharging the accounts of the appellant herein as committee of the estate of Catherine M. Lockwood, an incompetent person, since deceased. The questions were as to the amount of interest with which the appellant should be charged, and the compensation to which he was entitled in the form of commissions and the additional allowances for his services as committee.

*Harry A. De Coster* and *Albert M. Mills* for appellant.

*Myron G. Bronner* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.